# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES JONES, Individually and on Behalf of All Others Similarly Situated, § § § | | |
| *Plaintiff,* § | | |
| vs. § § | No. 1:20-cv-00163 | |
| | Hon. Michael J. Truncale | |
| MCDONALD'S CAR WASH, INC. § THE MARVIN MCDONALD FAMILY § LIMITED PARTNERSHIP § § | | |
| *Defendant.* § | | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

Come now Plaintiff, Charles Jones, and Defendant, The Marvin McDonald Family Limited Partnership, and make this Joint Motion for Approval of Settlement Agreement, as follows:

1. This is an action for alleged unpaid overtime wages under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA")*,* in which Defendant denies the material allegations and asserts multiple affirmative defenses. The parties have reached a settlement agreement, subject to the Court's approval.

2. Defendant is entering into this compromise and settlement without admitting liability and only to end expensive litigation.

3. Plaintiff, with advice of counsel, and having had a reasonable time in which to consider the settlement agreement, agrees that the terms of the settlement agreement are fair and

equitable and constitute an appropriate and adequate compromise and resolution of Plaintiff's claims.

4. The parties respectfully request that the Court approve the settlement submitted filed under seal with their JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL.

5. Should the Court approve the parties' settlement, the parties further move, in accordance with the settlement agreement, that the Court dismiss all claims asserted by Plaintiff against Defendant herein with prejudice, with provision that all costs shall be taxed against the party incurring same and all attorney's fees shall be borne by the party incurring same, and subject only to the Court reserving the power to enforce the settlement.

WHEREFORE, the parties request that the Court grant this motion.

Respectfully submitted,

| MCDOWELL HETHERINGTON, LLP | ORGAN BELL & TUCKER, LLP |
|---|---|
| By: */s/ Avi Moshenberg (with permission)* <br> Avi Moshenberg <br> Texas Bar No. 24083532 <br> Nicholas R. Lawson <br> Texas Bar No. 24083367 <br> 1001 Fannin Street, Suite 2700 <br> Houston, Texas 77002 <br> Telephone: (713) 337-5580 <br> Facsimile: (713) 337-8850 <br><br> **ATTORNEY FOR PLAINTIFF CHARLES JONES, Individually, and on Behalf of All Others Similarly Situated** | By: */s/ Robert J. Hambright* <br> Robert J. Hambright <br> Texas Bar No. 08814300 <br> 470 Orleans Street <br> P.O. Box 1751 <br> Telephone: (409) 838-6412 <br> Facsimile: (409) 838-6959 <br><br> **ATTORNEYS FOR THE MARVIN MCDONALD FAMILY LIMITED PARTNERSHIP** |