IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES JONES, Individually and on Behalf of Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 1:20-cv-00163 |
| MCDONALD'S CAR WASH, INC., THE MARVIN MCDONALD FAMILY LIMITED PARTNERSHIP, | § § § § § | JUDGE MICHAEL TRUNCALE |
| Defendants. | § § | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice. [Dkt. 8]. The Parties are requesting the Court approve the Settlement Agreement and enter a dismissal with prejudice. Having reviewed the motion and the Settlement Agreement, the Court hereby grants the Parties' motion.

It is therefore ORDERED the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice [Dkt. 8] is GRANTED.

It is further ORDERED that the Parties' Settlement Agreement is approved by the Court and that this matter is DISMISSED WITH PREJUDICE, subject to the Court retaining jurisdiction and power to enforce the terms of the settlement, with all costs taxed against the party incurring same and all attorneys' fees to be borne by the party incurring same.

**SIGNED this 13th day of October, 2020.**

Michael J. Truncale
United States District Judge